IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Dr. Tray Dunaway, Jane Dunaway, ) | C/A No.: 3:25-13121-JFA |
| ) | |
| Plaintiffs and Counter Defendants, ) | ORDER SCHEDULING |
| vs. ) | PRETRIAL CONFERENCE |
| ) | |
| Michael Garrett, Diana Garrett, ) | |
| ) | |
| Defendants and Counter Claimants. ) | |
| ) | |

In this recently filed action the Court wishes to conduct a pretrial conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the conference, in chambers, on November 19, 2025 at 2:00pm. in the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

The attorneys of record shall themselves conduct a conference pursuant to Rule 26(f) no later than 14 days prior to the Rule 16 conference and shall attend the Rule 16 conference prepared to provide the Court with an <u>oral</u> Rule 26(f) report that will assist the Court in formulating a scheduling order.[1]
At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

IT IS SO ORDERED.

October 28, 2025    Joseph F. Anderson, Jr.
Columbia, South Carolina    United States District Judge

---

[1] It should be noted that this Court's practice of meeting with the attorneys <u>in person</u> and receiving an <u>oral</u> Rule 26(f) report may not be consistent with the practice of other judges in this district. Because of the procedures outlined in this order, there is no need for parties to file a written Rule 26(f) report, as required by other judges in the district.